**Order entered October 24, 2017**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-17-00851-CV

**FRANK A. RICHARDS, Appellant**

**V.**

**TOM'S AUTO TRANSPORT, INC., Appellee**

On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-06468

## ORDER

Before the Court is appellee's October 11, 2017 motion to dismiss appeal for want of prosecution. Because the deadline for filing appellant's brief has not been triggered, we **DENY** the motion.

We note that on August 22, 2017, we directed appellant to file, within ten days, written verification he had requested the reporter's record and either paid the reporter's fee or was entitled to proceed without payment of costs. We cautioned appellant that failure to comply could result in the appeal being submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). To date, however, appellant has not complied. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file his brief no later than November 22, 2017.

/s/    CRAIG STODDART
        JUSTICE